NATALIA VIEIRA SANTANNA
CA BAR NO. 337502
MI BAR NO. P76443
SANTANNA LAW OFFICES
PO BOX 7528, OAKLAND, CA, 94601
(510) 922-0154 (TELEPHONE)
(510) 903-4211 (FACSIMILE)
NATALIA@SANTANNALAW.COM (EMAIL)
ATTORNEY FOR PETITIONER-PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.M.V., <br><br> Petitioner, <br><br> v. <br><br> MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, <br><br> Respondents. | Case No. 1:25-cv-01381-KES-SAB (HC) <br><br> ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM <br><br> Doc. 3 |

**ORDER**

The Court, having considered petitioner's motion to proceed under pseudonym, and good cause appearing therefor, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:  November 4, 2025  

_____
UNITED STATES DISTRICT JUDGE

1